UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23081-CIV-ALTONAGA/Damian

**ANGEL HERNANDEZ**,

    Plaintiff,
v.

**BUILDING TESTING SERVICES LLC**, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Motion and Memorandum of Law in Support of Request for Approval of Settlement [ECF No. 33], filed on December 29, 2022. The parties have settled this case, involving claims brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. sections 201–219, and jointly represent that Plaintiff has "received the full relief that he sought, including 100% of the wages allegedly owed and 100% of the liquidated damages sought." (Mot. 1–2; *see also* Mot., Ex. 1, Settlement Agreement [ECF No. 33-1] 3).[1] "Plaintiff's [attorney's] fees and costs" have also been "negotiated and settled independently of Plaintiffs' [sic] FLSA claims." (Mot. 4 (alteration added)). In other words, "there was no compromise of Plaintiff's claim." (*Id.* 1).

While settlement of FLSA claims typically requires court approval, *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982), where a plaintiff is offered full compensation on his or her FLSA claim, no compromise is involved, and judicial approval is

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 22-23081-CIV-ALTONAGA/Damian

not required. *See Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' joint request in their Motion **[ECF No. 33]** is **GRANTED in part** and **DENIED in part**. The Settlement Agreement does not require the Court's approval.

2. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

3. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of December, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record